IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JACKY LYNN GREER, JR., ) | |
|    Plaintiff, ) | Civil Action No. 7:12-cv-00493 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| SOUTHWEST VIRGINIA REGIONAL ) | |
| JAIL-ABINGDON, ) | By: Hon. James C. Turk |
|    Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of NOVEMBER, 2012.

                                              /s/ James C. Turk
                                              Senior United States District Judge