IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACKY LYNN GREER, JR., <br> Plaintiff, | ) <br> ) Civil Action No. 7:12-cv-00493 <br> ) |
| v. | ) DISMISSAL ORDER <br> ) |
| SOUTHWEST VIRGINIA REGIONAL <br> JAIL-ABINGDON, <br> Defendant(s). | ) <br> ) By: Hon. James C. Turk <br> ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of NOVEMBER, 2012.

/s/ James C. Turk
Senior United States District Judge